# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2684

_____

JORGE HUMBERTO ORTIZ,

　　Appellant,

v.

DEPARTMENT OF HEALTH,

　　Appellee.

_____

On appeal from the Department of Health, Board of Nursing.
Deborah Becker, Chair.

August 11, 2026

PER CURIAM.

　　AFFIRMED.

OSTERHAUS, C.J., and LEWIS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gary S. Edinger, Gainesville, for Appellant.

Sarah Young Hodges, Chief Appellate Counsel, Florida Department of Health, Prosecution Services Unit, Tallahassee, for Appellee.